FILED

2022 Oct-13  AM 09:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| EARL EUGENE BATES, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-00086-LCB-SGC |
| | ) | |
| JASON BECKER, JR., *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on September 9, 2022, recommending the petitioner's claims be dismissed as unexhausted and procedurally defaulted. (Doc. 7).  The magistrate judge also recommended denial of a certificate of appealability.  (*Id.*).  Although the report and recommendation advised the petitioner of his right to file objections within fourteen calendar days, the court has not received any objections.

After careful consideration of the record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.  Consistent with that recommendation, the claims in this matter are due to be dismissed with prejudice as unexhausted and procedurally defaulted.  A certificate of appealability will be denied.

A separate order will be entered.

**DONE** and **ORDERED** October 13, 2022.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE